UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 20-00216 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LOVORISS POWELL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

On August 4, 2023, Defendant Lovoriss Powell ("Powell") filed a letter motion (Record Document 73) requesting Clarification of Credit for Time Served. Specifically, he asks the Court to give him creid for his time served at Caddo Correctional Facility. See Record Document 73.

The Court has no authority to grant Powell the relief he requests. Pursuant to 18 U.S.C. § 3585(b), the Attorney General, through the Bureau of Prisons ("BOP"), is charged with calculating a defendant's credit for any time served in federal custody. If a defendant wishes to challenge this calculation, he must first exhaust his available administrative remedies through the BOP before litigating in federal court. See United States v. Wilson, 503 U.S. 329, 335, 112 S. Ct. 1351, 1354-55 (1992). After exhaustion of all administrative remedies, the defendant may then seek review in federal court by filing a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2241, in the district where he is incarcerated. See Pack v. Yusuff, 218 F.3d 448, 451 (5th Cor. 2000). In this case, Powell has made no showing that he has exhausted his administrative remedies through BOP.

Accordingly,

**IT IS ORDERED** that Powell's letter requesting clarification of credit for time served (Record Document 73) be and is hereby **DENIED WITHOUT PREJUDICE** to his right to re-file after he has exhausted his administrative remedies with the BOP.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 17th day of August, 2023.

S.MAURICE HICKS, JR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT